Zajkowski *v.* Philadelphia et al., Appellants.

Argued September 11, 1974. *L. Hinman,* with him *James M. Penny, Jr.,* and *Wanda P. Chocollo,* for appellants; *James Beasley,* with him *Jeffrey M. Stopford,* and *Beasley, Hewson, Casey, Kraft & Colleran,* for appellee.

Order affirmed.

HOFFMAN, J., absent.

December 11, 1974

Commonwealth *v.* Ascani, Appellant.

Before SHUGHART, P. J.

Argued September 13, 1974. *Richard C. Snelbaker,* with him *Martson and Snelbaker,* for appellant; *Harold E. Sheely,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.